**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sean Michael Prue             CHAPTER 7

                    Debtor(s)

                                                 BKY. NO. 22-11310 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Rebecca Solarz*
                                              Rebecca Solarz
                                              25 May 2022, 13:32:28, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322