Certificate Number: 17082-PAE-DE-036675315

Bankruptcy Case Number: 22-11310



17082-PAE-DE-036675315

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 11, 2022</u>, at <u>11:52</u> o'clock <u>AM MST</u>, <u>SEAN PRUE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  July 11, 2022             By:    /s/Orsolya K Lazar

                                 Name:  Orsolya K Lazar

                                 Title: Executive Director